1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | TRAVIS JUSTIN CUELLAR, | No. 1:25-cv-00149 GSA (PC)
12 | Plaintiff, | ORDER ACKNOWLEDGING PLAINTIFF'S REQUESTS FOR SCREENING
13 | v. |
14 | BEHE, et al., | (ECF Nos. 7, 8)
15 | Defendants. |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   Plaintiff has filed two requests in which he asks the Court to screen his case.  ECF Nos. 7, 8.  Plaintiff is informed that his complaint will be screened.

   The Eastern District of California carries one of the largest and most heavily weighted caseloads in the nation.  See Office of the Clerk, United States District Court, Eastern District of California, 2024 Annual Report, "Weighted Filings," p. 35 (2024) ("[O]ur weighted caseload far exceeds the national average . . . ranking us fourth in the nation and first in the Ninth Circuit.").  This problem is compounded by a shortage of jurists to review its pending matters.  See generally

<u>id.</u> (stating 2024 Biennial Judgeship Survey recommended request for four additional permanent judgeships for Eastern District of California).

That being said, the Court will acknowledge Plaintiff's requests to screen his complaint. He is informed that it will be screened in due course.

Accordingly, the Court HEREBY ACKNOWLEDGES Plaintiff's requests which ask the Court to screen his case.  <u>See</u> ECF Nos. 7, 8.

**Plaintiff's complaint will be screened in due course.**

IT IS SO ORDERED.

Dated:   **September 11, 2025**                      **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

2