**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS CUELLAR,<br><br>         Plaintiff,<br><br>    v.<br><br>BEHE, *et al.*,<br><br>         Defendants. | No. 1:25-cv-00149 KES BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE<br><br>Doc. 13 |

Travis Cuellar is a state prisoner proceeding pro se and in forma pauperis in this action under 42 U.S.C. § 1983. He asserts that his civil rights were violated while he was housed at the Madera County Jail. *See generally* Doc. 1. The magistrate judge screened Cuellar's complaint pursuant to 28 U.S.C. § 1915A(a) and found he failed to state a cognizable claim, because the conclusory allegations did not sufficiently "state what happened, when it happened, or which defendant was involved." Doc. 11 at 4. The magistrate judge informed Cuellar of the applicable pleading standards and granted leave to amend. *Id.* at 3-7. Cuellar did not file an amended complaint or otherwise respond to the Court's order.

On December 8, 2025, the magistrate judge issued findings and recommendations, incorporating the Screening Order's findings and recommending dismissal for failure to state a claim. Doc. 13 at 2-7, 9. The magistrate judge also found dismissal was appropriate for Cuellar's failure to prosecute the action and failure to comply with the Court's screening order. *Id.* at 7-8.

1

The Court served the findings and recommendations on Cuellar on December 8, 2025. Following notification of Cuellar's change of address, the Court re-served the document on February 18, 2026. The Court informed Cuellar that any objections were due within 14 days and that a failure to file objections may result in the waiver of rights on appeal. Doc. 13 at 9 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Cuellar did not file objections or otherwise respond to the Court

Pursuant to 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1. The findings and recommendations issued on December 8, 2025, Doc. 13, are **ADOPTED** in full.

2. This action is **DISMISSED** with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 30, 2026    

_____
UNITED STATES DISTRICT JUDGE

2